# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LORIANN DEUEL and LORRAINE DEUEL**
    Plaintiff(s)

vs.　　　　　　　　　　**CASE NUMBER: 1:11-CV-637 (GTS/RFT)**

**FRANK T. DALTON; STATE OF NEW YORK; NEW YORK STATE UNIFIED COURT SYSTEM; PHILIP J. DANAHER, ESQ., as the attorney appointed to as Law Guardian for BMD; CATHERINE CHOLAKIS, as the presiding justice of the Family Court assigned to this proceeding; JOHN & JANE DOES 1-100, whose identities may or may not be known but necessary parties to these proceedings; ABC Corp's 1-100, those entities whose identities are currently unknown, but necessary parties to these proceedings**
    Defendant(s)

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Randolph Treece is ACCEPTED and ADOPTED in its entirety, therefore the Complaint is DISMISSED in its entirety. The Court certifies, for the purposes of 28 USC section 1915(a)(3), that any appeal from this Decision & Order would not be taken in good faith.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 25th day of January, 2012.

DATED: January 30, 2012

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk